SOUTHERN NAVAL STORES COMPANY *v.* ROSENBERG *et al.*

PER CURIAM. The trial judge did not abuse his discretion in granting an injunction and appointing a receiver.

*Judgment affirmed. All the Justices concur.*

No. 4185. FEBRUARY 21, 1925.

Receivership. Before Judge Hardeman. Emanuel superior court. December 27, 1923.

*Travis & Travis* and *A. S. Bradley,* for plaintiff in error.
*Arthur W. Jordan,* contra.